**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KEISHA M. STEWART, an individual,

Plaintiffs,

v.

GENERAL MOTORS LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,

Defendants.

Case No.: 2:25−cv−11158 SVW (JCx)

Judge: Hon. Stephen V. Wilson

~~[PROPOSED]~~ **ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT**

# [PROPOSED] ORDER

HAVING CONSIDERED THE PARTIES' JOINT STIPULATION TO REMAND CASE TO STATE COURT, the Court finds good cause and hereby ORDERS:

This entire case is hereby remanded to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

DATED: February 9, 2026

_____

Hon. Stephen V. Wilson
United States District Court Judge

ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT
CASE NO.: 2:25−CV−11158 SVW (JCX)